UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

------------------------------------------------------------------- X

BAY CLUB MEMBERS, LLC,
RICHARD REILLY,
JOAN KELLY,
MARY ANN SULLIVAN,
WILLIAM J. HEWITT,
MELISSA GORDON,
MATT COSTA,
JON A. CIFFOLILLO, and
MICHAEL F. STAUFF

        Plaintiffs,

v.

SELECTIVE INSURANCE COMPANY OF AMERICA,

        Defendant.

Civil Action No.: 1:21-cv 11791-WGY

Hon. William G. Young

February 15, 2024

-------------------------------------------------------------------X

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs, Bay Club Members, LLC, Richard Reilly; Joan Kelly; Mary Ann Sullivan; William J. Hewitt; Melissa Gordon; Matt Costa; Jon A. Ciffolillo; and Michael F. Stauff (collectively "Plaintiffs") and Defendant Selective Insurance Company of America, by and through the undersigned counsel, that the above-captioned action is hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and that all claims and other requests for relief, whether asserted or unasserted, or requested in a pleading, motion, or otherwise, are dismissed with prejudice, with no party's attorneys' fees or costs being taxed against any other.

| | |
|---|---|
| FOR PLAINTIFFS,<br>BAY CLUB MEMBERS, LLC,<br>RICHARD REILLY, JOAN KELLY,<br>MARY ANN SULLIVAN,<br>WILLIAM J. HEWITT,<br>MELISSA GORDON, MATT COSTA<br>JON. A. CIFFOLILLO, and<br>MICHAEL F. STAUFF<br><br>/s/Jeffrey J. Vita, Esq.<br>Jeffrey J. Vita (BBO # 675191)<br>JVita@sdvlaw.com<br>Amanda C. Stefanatos (pro hac vice)<br>Astefanatos@sdvlaw.com<br>Saxe Doernberger & Vita, P.C.<br>35 Nutmeg Drive, Suite 140<br>Trumbull, CT 06611<br>(203) 287-2100 | FOR DEFENDANT,<br>SELECTIVE INSURANCE COMPANY<br>OF AMERICA<br><br><br><br><br>/s/Michael P. Mullins, Esq.<br>Michael P. Mullins, (BBO # 665123)<br>MMullins@daypitney.com<br>Lindsey A. Viscomi (BBO # 708786)<br>LViscomi@daypitney.com<br>Day Pitney LLP<br>242 Trumbull Street<br>Hartford, CT 06103<br>(860) 275-0211 |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 15th day of February 2024, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                     /s/ Jeffrey J. Vita
                                                    Jeffrey J. Vita, Esq.